KATHRYNE EUGENIO et al., Respondents, v. IGMIDIO VALERIO et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

DONALD L. FORD et al., Appellants, v. LEON YUDOFF, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

435 EAST BROADWAY REALTY INC., Respondent, v. SUN GLEN FARMS, Appellant. 435 EAST BROADWAY REALTY INC., Respondent, v. MERIT FARMS, INC., Appellant.— Motion for leave to appeal to the Appellate Division granted. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [204 Misc. 462.]

MARILYN GALLAGHER et al., Appellants, v. WILLIAM H. GLENNON, Defendant, and MALCOLM McEWAN, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 716.]

LILLIAN GREENFIELD, Appellant, v. OAKLEY ELLIOT, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ.

MAE GROSS, as Administratrix of the Estate of LOUIS C. GROSS, Deceased, Respondent, v. SYLVIA ABRAHAM, Defendant. STATE INSURANCE FUND, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 742.]

In the Matter of the Estate of HERMAN K. ENDEMANN, Deceased. STATE TAX COMMISSION, Appellant; SARAH H. ENDEMANN, as Executrix of HERMAN K. ENDEMANN, Deceased, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. Motion for reargument denied, without costs. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See ante, p. 768.]

In the Matter of the Accounting of COUNTY TRUST COMPANY, as Committee of the Property and Estate of CHARLES H. FERGUSON, an Incompetent Person, Respondent. In the Matter of the Application of JESSIE T. FERGUSON for Leave to Sue County Trust Company, as Committee of the Property and Estate of CHARLES H. FERGUSON, an Incompetent Person, Appellant. J. ADDISON YOUNG, 2d, as Special Guardian for CHARLES H. FERGUSON, an Incompetent Person, et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, MacCrate, Schmidt and Beldock, JJ. [See ante, p. 701.]